## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09CV459-RJC

| | |
|---|---|
| SHEKHEM BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ZURICH NORTH AMERICA ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on its own motion. On October 26, 2009, Plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs ("IFP Application"). (Doc. No. 1). On October 30, 2009, the Court denied Plaintiff's IFP Application and ordered Plaintiff to remit the $350.00 filing fee or file a new, fully completed IFP Application within 30 days. (Doc. No. 3). Plaintiff was forewarned that failure to comply with the Order would result in an immediate dismissal of his claims.

Plaintiff has failed to remit payment or file a new, fully completed IFP Application within 30 days of the October 30, 2009 Order.

**IT IS, THEREFORE, ORDERED THAT:**

1. Plaintiff's claims are **DISMISSED without prejudice**;

2. The Clerk of Court is instructed to serve this Order on Plaintiff at his last known address by certified mail, return receipt requested.

**SO ORDERED**.

Signed: January 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge