# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shekhem Bey,

    Plaintiff,

vs.

Zurich North America Insurance Company,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:09-cv-459-RJC

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 28, 2010 Order.

Signed: January 28, 2010

Frank G. Johns, Clerk
United States District Court