IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-459-RJC-DCK

| | |
|---|---|
| SHEKHEM BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ZURICH NORTH AMERICA | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion Of Discovery Request Compel Order For Disclosure Of Plaintiff Property Held In Trust Unlawfully" (Document No. 8) filed July 7, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting that this case was dismissed and closed on January 28, 2010, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion Of Discovery Request Compel Order For Disclosure Of Plaintiff Property Held In Trust Unlawfully" (Document No. 8) is **DENIED**.

Signed: July 14, 2010

David C. Keesler
United States Magistrate Judge