**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-459-RJC-DCK**

| | | |
|---|---|---|
| **SHEKHEM BEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ZURICH NORTH AMERICA** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Writ Of Possessory By United State Marshal Service" (Document No. 16) and "Motion Request For Full Disclosure Of All Financial Account Records Including Account Number Trustee Records..." (Document No. 17) filed May 6, 2011. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

      Having carefully considered the motions and the record, and noting that this case was dismissed and closed on **January 28, 2010**, the undersigned will <u>deny</u> the motions.

      **IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Writ Of Possessory By United State Marshal Service" (Document No. 16) and "Motion Request For Full Disclosure Of All Financial Account Records Including Account Number Trustee Records..." (Document No. 17) are **DENIED**.

Signed: May 6, 2011

David C. Keesler
United States Magistrate Judge