UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-459-RJC-DCK

| Shekhem Bey, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Zurich North America Insurance Company, | ) | ORDER |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** comes before the Court on Plaintiff Shekhem Bey's ("Plaintiff") Motion for Mandatory Court Appearance, (Doc. No. 11), Motion of Mandatory Court Appearance with All Financial Records of Trust of Plaintiff Funds, (Doc. No. 12), Motion of Inunction Against Real Property, (Doc. No. 13), Motion of Inunction Against All Real Property and Assets of Defendants, (Doc. No. 15), and Request for Any and All Financial Records of Trust Account(s), (Doc. No. 21).

On January 28, 2010, this Court dismissed Plaintiff's case for his failure to remit the filing fee or submit a completed application to proceed without prepaying fees. (Doc. No. 5). On March 9, 2011, Plaintiff filed something resembling a notice of appeal. (Doc. No. 10). This Court then submitted the matter to the Fourth Circuit. (Doc. No. 14). Plaintiff's appellate case is now pending. See Bey v. Zurich N. Am. Ins. Co., No. 11-1483 (4th Cir. 2011). Plaintiff has filed an application with the Fourth Circuit to proceed without prepaying filing fees. (Id., Doc. No. 15).

"The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects

of the case involved in the appeal." Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Plaintiff's eligibility to proceed without prepaying filing fees must be resolved before the Court can decide any other matter in this case. That issue is involved in Plaintiff's appeal and, therefore, this Court lacks jurisdiction over Plaintiff's case. All of Plaintiff's motions are **DISMISSED**.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Mandatory Court Appearance, (Doc. No. 11), is **DENIED**;

2. Plaintiff's Motion of Mandatory Court Appearance with All Financial Records of Trust of Plaintiff Funds, (Doc. No. 12), is **DENIED**;

3. Plaintiff's Motion of Inunction Against Real Property, (Doc. No. 13), is **DENIED**;

4. Plaintiff's Motion of Inunction Against All Real Property and Assets of Defendants, (Doc. No. 15), is **DENIED**; and

5. Plaintiff's Request for Any and All Financial Records of Trust Account(s), (Doc. No. 21), is **DENIED**.

Signed: December 5, 2011

Robert J. Conrad, Jr.
Chief United States District Judge