# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-cv-00459-RJC-DCK

| | |
|---|---|
| SHEKHEM BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ZURICH NORTH AMERICA ) | |
| INSURANCE CO. ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on pro se Plaintiff's "Motion for Emergency Relief Concerning Holding of Private Funds Belong to Noble, Shekhem, Daawuud El Amen Ra Bey" (Doc. No. 35) and "Criminal & Civil Complaint(s) Of Genocide & Deprivation Title 18-1091 Criminal Corruption by U.S. Agency Charlotte FBI & U.S. Attorney for The Western District of N.C. Felony Obstruction of Justice" (Doc. No. 36) (the "Motions"). For the reasons stated herein the Motions are **DENIED**.

Pro se Plaintiff filed this action on October 26, 2009. (Doc. No. 2). The Court dismissed the action without prejudice on January 28, 2010, for failure to remit a filing fee or file a fully completed IFP application within the time allotted by the Court. (Doc. No. 5). Plaintiff appealed. (Doc. No. 10). His appeal was subsequently dismissed as untimely. (Doc. No. 27). Thereafter, Plaintiff filed a motion seeking financial records which the Magistrate Judge denied, observing:

> [t]here is no indication that Defendant has ever been served, or appeared, in this action. Moreover, [the Court's] dismissal of this action for failure to remit a filing fee or completed application to proceed without prepaying fees, has been affirmed by the Fourth Circuit. [There is not] a sufficient legal basis to re-open this matter, or to otherwise consider or allow the relief Plaintiff seeks in the instant motion.

(Doc. No. 32). In ruling on the Plaintiff's next pro se motion, the Court concluded "[n]o changes in the docket have developed since the Magistrate Judge's order to suggest a sufficient legal basis to re-open this matter or consider Plaintiff's requested relief in [the] Motion to Release Funds." (Doc. No. 34).

Over three years later, Plaintiff filed the two new Motions now before the Court. (Doc. Nos. 35, 36). Like Plaintiff's previous motions, no changes in the docket have developed since this Court's prior Order to suggest a sufficient legal basis to re-open the matter or consider Plaintiff's requested relief in the Motions.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's "Motion for Emergency Relief Concerning Holding of Private Funds Belong to Noble, Shekhem, Daawuud El Amen Ra Bey" (Doc. No. 35) is **DENIED**; and

2. Plaintiff's Criminal & Civil Complaint(s) Of Genocide & Deprivation Title 18-1091 Criminal Corruption by U.S. Agency Charlotte FBI & U.S. Attorney for The Western District of N.C. Felony Obstruction of Justice" (Doc. No. 36) is **DENIED**.

Signed: April 5, 2022

Robert J. Conrad, Jr.
United States District Judge